158 A.3d 1237

NORTHERN FORESTS II, INC., Petitioner

v.

KETA REALTY COMPANY, Keta Gas and Oil Company, Keta Gas and Oil Corporation, George C. Levin, United States Bankruptcy Trustee and Manufacturers Light and Heat Company, Their Successors and Assigns and Anyone Claiming By, Through or Under Them, or Any of Them, Anadarko E & P Onshore, LLC, Southwestern Energy Production Company, Ronald Sawyer, Kathleen Sawyer, Dale Black, Lori Black, Michael Centini, Karen Centini, Vince Dandini, Sara Dandini, Edgar Shenk, Elaine Shenk, David Haus, Sharon Haus and Gayla Loch, Ultra Resources, Inc., International Development Corporation, Wevco Production, Inc., Jackson Corner Sportsmen, Inc., Samuel Rockey, Karen Rockey, Chesapeake Appalachia, LLC, Statoil USA Onshore Properties, Inc., Lancaster Exploration & Development Company, LLC, Trustees of Thomas E. Proctor Heirs Trust, Trustees of the Margaret O. F. Proctor Trust, Forest Resources, LLC, Kocjancic Family Limited Partnership, Harold H. Wolfinger, Jr., William L. Hemenway, Harvey Hinman, Sarah C. Preston, Linda Davidge, Pennlyco, Ltd., Glen W. Heffelfiner, Michael E. Dapaoli, John F. Gerrity, Joan M. Gerrity, Steven M. Strouse, Renee M. Strouse, David W. Critics, Angela R. Critics, Mark S. Conrad, Dolores Conrad, David B. Dusel, Mary Louise Waters, Enerplus Resources (USA) Corporation, Enerplus Resources, Brooke E. Fuller, Ricky E. Young, Nadine C. Young, Stephen Matto, Kim L. Matto, John F. Knopp, Sandra J. Knopp, James D. Weatherwax, Nicole R. Weatherwax, Duth Hill Hunting Club, Atlantic Hydrocarbon, LLC, Exco Production Company (PA) LLC, Exco Resources, Inc., BG Production Company (PA) LLC, Wade E. June, Melissa L. June, Michael J. Snyder, Timothy C. Bowen, Therese L. Bowen, Paul D. Crissman, Mark A. Mcgovern, Ronda J. McGovern, James A. Robinson, Cogan House Township, Mountain Development Group, David Rockey, Ohio Kentucky Oil Corporation, titsui E & P USA, LLC, GCO Minerals Company, Danna Webber, Travis Crooks, Francine Crooks,

Cynthia Stantion-McKenney (POA Terry Geise) and as To Any and All Entities Which Claim Any Interest Whatsoever To Subject Matter of This Suit, Respondents

No. 197 MAL 2016

Supreme Court of Pennsylvania.

October 5, 2016

## ORDER

PER CURIAM

**AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

158 A.3d 1238

James **ARCHER**, Petitioner

v.

Mark **GARMAN** Superintendent of the State Correctional Institute at Rockview, Respondent

No. 139 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the